**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SANDRA STROUD,

    Plaintiff,

v.                                      Case No.: 8:19-cv-01867-CEH-JSS

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCB Management Services, Inc. (NCB), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 1, 2019

                                                      Respectfully submitted,

                                                      */s/ Michael P. Schuette*
                                                      Michael P. Schuette, Esq.
                                                      Florida Bar No. 0106181
                                                      Dayle M. Van Hoose, Esq.
                                                      Florida Bar No. 0016277
                                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                      3350 Buschwood Park Drive, Suite 195
                                                      Tampa, Florida 33618
                                                      Telephone: (813) 890-2460
                                                      Facsimile: (877) 334-0661
                                                      mschuette@sessions.legal
                                                      dvanhoose@sessions.legal

*Counsel for Defendant,*
*NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of November 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Geoffrey E. Parmer, Esq.
William "Billy" Peerce Howard, Esq.
The Consumer Protection Firm, PLLC
4030 Henderson Boulevard
Tampa, FL 33629
Geoff@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com


*/s/ Michael P. Schuette*
Attorney